| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-00154**<br>Court: **CIRCUIT**<br>County: **MADISON** |

*Plantiff,* **BRYANT, JENNIFER VS. THE LINCOLN NAT. LIFE INS. CO.**, *Defendant*

TO:  **CSC-LAWYERS INCORPORATING SERVICE COMPANY**
     **421 WEST MAIN S**
     **FRANKFORT, KY 40601**

Memo: Related party is THE LINCOLN NAT. LIFE INS. CO.

The Commonwealth of Kentucky to Defendant:
**THE LINCOLN NAT. LIFE INS. CO.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **4/17/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____ Served By

_____ Title

Summons ID: 451493630265363@00001065042
CIRCUIT: 22-CI-00154 Certified Mail
BRYANT, JENNIFER VS. THE LINCOLN NAT. LIFE INS. CO.

EXHIBIT A

eFiled

Page 1 of 1

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION _____
CASE NO. 22-CI-_____
*(filed electronically)*

JENNIFER BRYANT                                                                    PLAINTIFF

v.                                    **COMPLAINT**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY        DEFENDANT

* * * * * * * * *

Comes now the Plaintiff, Jennifer Bryant, by counsel, for her cause of action herein states as follows:

1. Jennifer Bryant is a resident of Madison County, Kentucky with her residence at 462 Mt. Vernon Road, Berea, Kentucky 40403.

2. Defendant The Lincoln National Life Insurance Company ("Lincoln") is a foreign corporation authorized to do business in Kentucky, and its agent for service of process is CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. This action is brought under 29 U.S.C. §§1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974, as amended (hereinafter "ERISA").

4. This Court is a court of competent jurisdiction under 29 U.S.C. § 1132(e).

5. The amount at issue exceeds the jurisdictional minimums of this Court.

6. Jennifer Bryant worked at Hyster-Yale Group, Inc.. At all relevant times, Ms. Bryant was a participant in Hyster-Yale Group, Inc.'s Long-Term Disability Plan ("Plan").

7. Plan is an employee welfare benefit plan within Title I of ERISA.

8. On September 13, 2018, Jennifer Bryant became disabled from performing the material and substantial duties of her regular occupation.

1

9. Jennifer Bryant applied for and ultimately received some disability benefits from Lincoln due to her bilateral knee degenerative condition, degenerative disc disease in her back and degenerative disc disease in her cervical spine, among numerous other conditions, that rendered her unable to work according to the terms of the Plan. Jennifer Bryant's physical and mental conditions have rendered her unable to engage in any meaningful employment for remuneration and she has currently been approved for Social Security Disability Benefits.

10. Jennifer Bryant was denied disability benefits from Lincoln in an arbitrary and capricious decision.

11. Jennifer Bryant appealed Lincoln's denial of her long-term disability benefits and has, thus, exhausted her administrative remedies as required by the terms of the Plan and ERISA.

12. Lincoln confirmed its denial of Jennifer Bryant's disability benefits via correspondence dated May 24, 2021, and confirmed Ms. Bryant had exhausted her administrative remedies with said letter identifying her claim as claim #8676726.

13. Lincoln arbitrarily and capriciously denied Jennifer Bryant's long-term disability benefits despite the weight of the medical evidence and the express opinions of Jennifer Bryant's treating physicians.

14. Jennifer Bryant is entitled to certain benefits of the Plan consisting of past-due short and long-term disability benefits, including pre-judgment interest, retroactive to the day benefits were discontinued pursuant to 29 U.S.C. § 1132(a)(1)(B) until she reaches the age of 65.

15. As a result of Lincoln's discontinuation of benefits, Jennifer Bryant was required to incur attorney fees to pursue this action, and is entitled to have said fees paid by Defendant pursuant to 29 U.S.C. § 1132(g).

2

**WHEREFORE,** Plaintiff, Jennifer Bryant, demands judgment against the Defendant Lincoln as follows:

1. A declaration of this Court that Jennifer Bryant became disabled under the terms of the Plan beginning September 13, 2018 and continues to be disabled under the Terms of the Plan today;

2. An award of past-due benefits in the amount owed to Jennifer Bryant from the date benefits were discontinued through the date of judgment, together with interest at an appropriate rate on each monthly payment from the date it was due until the date it is paid;

3. For reasonable attorneys' fees incurred in this action;

4. For such other relief as this Court deems just and proper.

        RESPECTFULLY SUBMITTED

        DAVIS & HAYMOND, P.S.C.

        */s/ Rodney G. Davis*

        RODNEY G. DAVIS #86009
        230 North Second Street
        P.O. Box 1060
        Richmond, Kentucky  40476
        (859) 624-3380
        (859) 624-0912 facsimile
        rgd@davislawky.com
        Attorneys for Plaintiff

David M. Fernandez, Madison Circuit Clerk
P.O. Box 813, 101 West Main Street
Richmond, KY 40475-0813



**USPS CERTIFIED MAIL**

9236 0901 9403 8373 6530 61

Case Number: 22-CI-00154

Restricted Delivery
CSC-LAWYERS INCORPORATING SERVICE COMPANY
421 WEST MAIN S
FRANKFORT, KY 40601



### KCOJ eFiling Cover Sheet

Case Number: 22-CI-00154

Envelope Number: 4514936

Package Retrieval Number: 451493630265363@00001065042

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 13.33

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. COLE A. MAIER (625419)

Page 1 of 1    Generated: 4/19/2022 9:16:13 AM