**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON**

| | |
|---|---|
| JENNIFER BRYANT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 5:22-cv-00123-DCR** |
| v. | ) |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |

**JOINT STATEMENT REGARDING STANDARD OF REVIEW**

Pursuant to the Court's order dated July 5, 2022, Plaintiff Jennifer Bryant, and Defendant The Lincoln National Life Insurance Company, by and through counsel, submit this Joint Statement Regarding Standard of Review and hereby stipulate that the arbitrary and capricious standard of review applies to this ERISA benefits case.

Respectfully submitted this 4th day of October 2022.

Respectfully submitted,

By:     /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By:    /s/ Rodney G. Davis

Rodney G. Davis
Email: rgd@davislawky.com
DAVIS & HAYMOND, P.S.C.
230 North Second Street
P.O. Box 1060
Richmond, Kentucky 40476
Telephone: (859) 624-3380
Facsimile: (859) 624-0912

ATTORNEYS FOR PLAINTIFF

2