**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| **JENNIFER BRYANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO.  5:22-cv-00123-DCR** |
| **v.** | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Jennifer Bryant and Defendant The Lincoln National Life Insurance Company, hereby give notice that this case has settled.  The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 21st day of November 2022.

Respectfully submitted,

By:    /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By:    /s/ Rodney G. Davis *(by permission)*
Rodney G. Davis
Email: rgd@davislawky.com

1

DAVIS & HAYMOND, P.S.C.
230 North Second Street
P.O. Box 1060
Richmond, Kentucky 40476
Telephone: (859) 624-3380
Facsimile: (859) 624-0912

COUNSEL FOR PLAINTIFF