**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| JENNIFER BRYANT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 5:22-cv-00123-DCR |
| v. | ) |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Bryant and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of December 2022.

Respectfully submitted,


By:    /s/ Rodney G. Davis *(by permission)*
Rodney G. Davis
Email: rgd@davislawky.com
DAVIS & HAYMOND, P.S.C.
230 North Second Street
P.O. Box 1060
Richmond, Kentucky 40476
Telephone: (859) 624-3380
Facsimile: (859) 624-0912


ATTORNEY FOR PLAINTIFF

**- AND -**

By:  /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT