UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JENNIFER BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 22-123-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties have tendered a joint stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, seeking to dismiss all claims asserted by Plaintiff Jennifer Bryant against Defendant The Lincoln National Life Insurance Company. [Record No. 15] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.    All claims in this matter asserted by Plaintiff Jennifer Bryant against The Lincoln National Life Insurance Company are **DISMISSED,** with prejudice.

2.    This matter is **DISMISSED** and **STRICKEN** from the docket.

3.    The parties shall bear their respective costs, fees and expenses.

Dated: December 21, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky